E-FILED 6/26/18

Jason Levin (SBN 161807)
jlevin@steptoe.com
STEPTOE & JOHNSON LLP
633 West 5th Street, 7th Floor
Los Angeles, California 90071
T: (213)439-9400
F: (213)439-9599

Philip S. Khinda (*pro hac vice*)
pkhinda@steptoe.com
Thomas M. Barba (*pro hac vice*)
tbarba@steptoe.com
Patricia B. Palacios (*pro hac vice*)
ppalacios@steptoe.com
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, DC 20036
T: (202) 429-3000
F: (202) 429-3902

Attorneys for Defendants
Northern Dynasty Minerals Ltd.
Ronald W. Thiessen
Marchand Snyman

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR DIAZ, Individually and on Behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN DYNASTY MINERALS LTD., RONALD W. THIESSEN, and MARCHAND SNYMAN,<br><br>Defendants. | Case No.: 2:17-cv-01241-PSG-SS<br><br>[~~PROPOSED~~] ORDER APPROVING THE JOINT STIPULATION SETTING A BRIEFING SCHEDULE |

[PROPOSED] ORDER APPROVING THE JOINT STIPULATION SETTING A BRIEFING SCHEDULE

1 | Having considered the Joint Stipulation Setting a Briefing Schedule filed by the Parties, and finding that good cause exists, it is hereby **ORDERED**:

1. Defendants shall file their Motion to Dismiss Lead Plaintiff's Second Amended Complaint, Dkt. No. 52, on or before sixty (60) days after the entry of this Order;

2. Lead Plaintiff shall file an Opposition to the Motion to Dismiss on or before sixty (60) days after the filing of the Motion to Dismiss, and Defendants shall reply to Lead Plaintiff's Opposition on or before thirty (30) days after the filing of the Opposition.

**IT IS SO ORDERED.**

Dated: ___6/25/18___

PHILIP S. GUTIERREZ
_____
Hon. Philip S. Gutierrez
United States District Court