1  Jason Levin (SBN 161807)
2  jlevin@steptoe.com
   STEPTOE & JOHNSON LLP
3  633 West 5th Street, 7th Floor
4  Los Angeles, California 90071
   T:  (213)439-9400
5  F:  (213)439-9599
6
   Philip S. Khinda (*pro hac vice*)
7  pkhinda@steptoe.com
   Thomas M. Barba (*pro hac vice*)
8  tbarba@steptoe.com
9  Patricia B. Palacios (*pro hac vice*)
10 ppalacios@steptoe.com
   STEPTOE & JOHNSON LLP
11 1330 Connecticut Ave., NW
12 Washington, DC 20036
   T: (202) 429-3000
13 F: (202) 429-3902
14
   Attorneys for Defendants
15 Northern Dynasty Minerals Ltd.
16 Ronald W. Thiessen
   Marchand Snyman
17

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR DIAZ, Individually and on Behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> NORTHERN DYNASTY MINERALS LTD., RONALD W. THIESSEN, and MARCHAND SNYMAN, <br><br> Defendants. | Case No.: 2:17-cv-01241-PSG-SS <br><br> DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT (DKT. 52) <br><br> Date:  February 25, 2019 <br> Time:  1:30 pm <br> Place:  Courtroom 6A <br> Judge:  Hon. Philip S. Gutierrez |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on Monday, February 25, 2019, at 1:30 pm, or as soon thereafter as counsel may be heard, in the United States District Court for the Central District of California, Los Angeles Division, Courtroom 6A, located at 350 West First Street, Sixth Floor, Los Angeles, California 90012-4565, and before the Honorable Philip S. Gutierrez, Defendants Northern Dynasty Minerals Ltd. ("NDM"), Ronald W. Thiessen, and Marchand Snyman (collectively, "Defendants") will move and hereby move this Court to dismiss Plaintiffs' Second Amended Class Action Complaint, Dkt. 52, pursuant to Federal Rule of Civil Procedure 12(b)(6) and the Private Securities Litigation Reform Act of 1995.

This Motion is made upon the following grounds:

1. Plaintiffs' first claim for relief, for alleged violations of Section 10(b) of the Securities and Exchange Act of 1934, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5, does not state a claim because:

    a. Plaintiffs' allegations as to scienter fail to meet the heightened pleading standards under Federal Rule of Civil Procedure 9(b) and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4, because, despite this Court's clear order dismissing Plaintiffs' Corrected Amended Complaint, Dkt. 51 (April 30, 2018), (i) Plaintiffs continue to rely on confidential sources without providing any information to allow the Court to determine the sources' personal knowledge and reliability, (ii) Plaintiffs' purportedly new information regarding a draft cost estimate offers no specific factual allegations to support an inference that Defendants acted with the requisite intent, and

        (iii) the information Plaintiffs contend Defendants hid from investors was in fact publicly available;

b. Plaintiffs' allegations as to falsity fail to meet the heightened pleading standards under Federal Rule of Civil Procedure 9(b) and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4, because (i) Plaintiffs continue to rely on confidential sources without providing any information to allow the Court to determine the sources' personal knowledge and reliability, and (ii) the statements Plaintiffs allege are false are classic examples of unactionable puffery; and

c. Defendants' alleged misstatements fall under the Private Securities Litigation Reform Act's safe-harbor provision, 15 U.S.C. § 78u-5(c), because Defendants included clear and conspicuous language identifying the statements as forward-looking and cautioning investors about the specific assumptions and risks encompassed by the Second Amended Complaint.

2. Plaintiffs' second claim for relief, for alleged violations of Section 20(b) of the Securities and Exchange Act of 1934, 15 U.S.C. § 78t, must be dismissed because Plaintiffs have not pleaded a viable primary federal securities law claim.

    Defendants' Motion to Dismiss is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Defendants' Request for Judicial Notice, the Declaration of Patricia B. Palacios, the pleadings and papers filed herein, any arguments presented at the time of hearing on this Motion, and such further matters as the Court deems just and proper.

    This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on August 13, 2018.

Dated: August 24, 2018

STEPTOE & JOHNSON LLP

By: /s/ Philip S. Khinda
Philip S. Khinda (*pro hac vice*)
Thomas M. Barba (*pro hac vice*)
Patricia B. Palacios (*pro hac vice*)
1330 Connecticut Ave.,NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
Email: pkhinda@steptoe.com

Jason Levin (CSBN 161807)
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 700
Los Angeles, CA  90071
Telephone: (213) 439-9455
Facsimile: (213) 439-9599
Email: jlevin@steptoe.com

*Counsel for Defendants*